IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., | * * * * |
| Plaintiffs, | *   MC 123-011 |
| v. | * * |
| PGA TOUR, INC., | * * |
| Defendant. | * |

O R D E R

Presently pending before the Court is Non-Party Kevin Kisner's motion to quash Plaintiff Liv Golf Inc's subpoena for documents and to testify at a deposition. (Doc. 1.) Mr. Kisner represents that his wife received personal process of the subpoena on his behalf on April 3, 2023 and that he can provide documentation of the same at the Court's request. (Doc. 1-1, at 5 n.1.) Accordingly, **IT IS HEREBY ORDERED** that Non-Party Kevin Kisner **SHALL FILE** documentation of service of the subpoena, and any other evidence he wishes the Court to consider, by **MONDAY, MAY 1, 2023 AT 5:00 P.M.**

ORDER ENTERED at Augusta, Georgia, this 28th day of April, 2023.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```